IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 18-01857 |
| **Ross William Schueller** § | Ch. 13 |
| **Krista Ann Schueller** § | Hon. Scott W Dales |
| Debtor(s) § | Filed 4/24/2018 |

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 PROCEEDINGS

NOW COME Debtor(s), Ross William Schueller & Krista Ann Schueller, by their Attorney, Jeffrey D. Mapes, and for their response to the Trustee's Motion to Dismiss Chapter 13 Proceedings, states as follows:

1. That this Chapter 13 case was filed on 4/24/2018.

2. That Confirmation of the Chapter 13 Plan is pending.

3. That the Debtors deny that any delay is unreasonable or prejudicial to creditors.

4. That the Debtors are cooperating with the Trustee and are working to provide all documents, information, and amendments necessary for confirmation of their Chapter 13 Plan.

WHEREFORE, the Debtors request that this Honorable Court deny the Trustee's Motion to Dismiss Chapter 13 Proceedings and grant the Debtors such other and further relief as is just in the premises.

Dated: 7/17/2018        /s/George J. George
　　　　　　　　　　　　　　　Jeffrey D. Mapes, Attorney for Debtor
　　　　　　　　　　　　　　　George J. George, Associate Attorney
　　　　　　　　　　　　　　　29 Pearl St. NW, Ste. 305
　　　　　　　　　　　　　　　Grand Rapids, MI 49503
　　　　　　　　　　　　　　　Phone: (616) 719-3847
　　　　　　　　　　　　　　　Fax: (616) 719-3857

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2018, a true and correct copy of the foregoing was served on all parties in interest below.

| | |
|---|---|
| Dated: 7/17/2018 | /s/George J. George<br>Jeffrey D. Mapes, Attorney for Debtor<br>George J. George, Associate Attorney<br>29 Pearl St. NW, Ste. 305<br>Grand Rapids, MI 49503<br>Phone: (616) 719-3847<br>Fax: (616) 719-3857 |

**DEBTORS**:
Ross William Schueller
Krista Ann Schueller
7849 Hollyhock
Jenison, MI 49428

**CHAPTER 13 TRUSTEE**
Brett N. Rodgers
ecf@rodgersch13.com, backup1@rodgersch13.com

**U.S. TRUSTEE**
United States Trustee
125 Ottawa NW Ste 202R
Grand Rapids, MI 49503